882 A.2d 1002

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Andre Lamont CROMWELL, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 26, 2005.

160

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of August 2005, the Petition for Allowance of Appeal is GRANTED. The decision of the Superior Court is REVERSED pursuant to *Commonwealth v. Halley,* 870 A.2d 795 (Pa.2005), due to prior counsels' failure to file a Pa.R.A.P. 1925(b) statement, which resulted in a waiver of all of petitioner's direct appeal claims. This matter is REMANDED to the PCRA court for reinstatement of petitioner's direct appellate rights.